**MEMO ENDORSED**
**ROTHWELL FIGG**
IP Professionals

The Holyoke-Manhattan Building
80 South Highland Avenue
Ossining, NY 10562
Telephone (914) 941-5668
Facsimile   (914) 941-6091

Washington, D.C. ▪ New York ▪ Boston
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2022

December 5, 2022
**Via ECF**
The Honorable Valerie Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, NY 10007

      Re:    *4 Wallebitda v. Shendell*, 22-cv-7465 (SDNY) (VEC)

Dear Judge Caproni:

      I represent the Defendants in the above referenced matter. I am writing further to Plaintiffs' counsel's letter regarding the Parties' availability to schedule the in-person Initial Conference in this matter. Regrettably, counsel did not share her letter with me before submitting it to the Court.

      To clarify:

- Both Parties are available all day on Friday, December 16, 2022.
- Both Parties are also available at 2pm or later on Thursday, December 15, 2022 (the undersigned has a hearing before Judge Preska at 10:30 on December 15).
- Defendants' counsel is <u>not</u> available on December 6, 2022 (in *either* the afternoon or the morning).

      Thank you for your consideration.

      Very truly yours,

      ROTHWELL, FIGG, ERNST & MANBECK

      Jeffrey A. Lindenbaum
      jlindenbaum@rothwellfigg.com

CC: Counsel of Record (via ECF)

The initial pretrial conference will be held in person on **Friday, December 16, 2022 at 10:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

*[signature: Valerie Caproni]*          Date: 12/5/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE