```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
4 WALLEBITDA, LLC, t/a THE AINSWORTH, :
JOHN SULLIVAN, :
 :
                Plaintiff, :
 : 22-CV-7465 (VEC)
    -against- :
 : ORDER
MATTHEW SHENDELL, FONDUE 26, LLC, :
RONBON, LLC, AINS NASHVILLE, LLC, :
AINS KC, LLC, AINSPH, LLC, AINSWORTH :
GRILLE PORTAL, LLC, AINS IP COMPANY, :
LLC, PAIGE HOSPITALITY GROUP, LLC, :
And AINS HOLDING COMPANY LLC :
 :
              Defendants. :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS an Initial Pretrial Conference is scheduled for Friday, December 16, 2022, at 10:00 a.m. in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS HEREBY ORDERED that, due to a shortage of court reporters, the parties must appear for the conference at **9:30 a.m. on Friday, December 16, 2022**.

**SO ORDERED.**

Date:  December 14, 2022
       New York, New York

                                                                              VALERIE CAPRONI
                                                                  United States District Judge